JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN GORDON-ROSS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NUVIEW UNION SCHOOL ) <br> DISTRICT, a political ) <br> subdivision, and DOES 1-00, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 09- 00670 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 24, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge